**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**FARMERS & MERCHANTS BANK,**

    Creditor/Appellant,

    v.                                  Civil Action No. 7:11-cv-119 (HL)

**JULIUS T. SOUTHALL, III,**

    Debtor/Appellee.

### ORDER

As part of this appeal, both parties have indicated that they wish to have the transcript of the July 27, 2011 bankruptcy hearing available for appellate review. (*See* Doc. 1-6, p. 1; Doc. 1, p. 116.) However, at this time, only a portion of the transcript is available. Specifically, the testimony of Bryan Massingill has been submitted, but the rest of the transcript is missing. (Doc. 1-4.)

The parties are ordered to file a notice with this Court before Friday, June 29, 2012 clarifying whether the entire transcript is needed for appellate review or whether only Bryan Massingill's testimony is necessary. If the entire transcript should be reviewed on appeal, the parties should contact the court reporter to arrange for the preparation of the full transcript.

**SO ORDERED,** this 25th day of June, 2012.

                                                *s/ Hugh Lawson*
                                                HUGH LAWSON, SENIOR JUDGE

ebr